**No. 48523.**—Protests 966576–G, etc., of Chan & Chan et al. (San Francisco).

Opinion by CLINE, J. It was stipulated that merchandise consisting of bak hop, lotus nuts (hoi shin lien, hoi pak lin), sui sit, wai san (stick), sar sum (uncut), lo hon qua, yuen yuk, and mok qua is similar to that involved in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) and it was therefore held entitled to free entry as crude drugs under paragraph 1669 as claimed. Wai san (sliced) yuk-chuk, and sar sum (cut) were held dutiable as drugs, advanced, at 10 percent under paragraph 34, following *Oy Wo Tong Co.* v. *United States, supra.*

**No. 48524.**—Protest 812182–G of Baker, Carver & Morrell Ship Supplies (New York).

Opinion by CLINE, J. The record showed that the merchandise consisted of 14 drums containing boiler compound; that tags bearing the word "Norway" were attached by wire to the caps of the drum; and that the importer was required to stencil the words "Product of Norway" on the drums before they were released. The plaintiff cited Abstract 42581 and *Greene* v. *United States* (4 Cust. Ct. 97, C. D. 296), in which cases the marking was placed on paper tags and attached in such manner that it would not be removed when the containers were opened. The court stated that the cap of a drum is a part of the drum and quite different from a string closing the mouth of a bag, that it would not be removed from a drum containing liquid, and, even if it were removed to examine the liquid it would necessarily be replaced on the drum to protect the contents; and that such merchandise as that involved herein usually goes to the consumer in the original drum as imported. On the record it was held that the merchandise was legally marked. *United States* v. *Monteverde & Parodi* (26 C. C. P. A. 112, C. A. D. 2) distinguished.

**No. 48525.**—Protest 79968–K of May Co. (Cleveland).

Opinion by CLINE, J. The revenue tax is not contested. In accordance with stipulation of counsel that the metal trays are of the same kind in all material respects as those involved in *Strauss* v. *United States* (9 Cust. Ct. 342, C. D. 710) the claim at 40 percent as household utensils under paragraph 339 was sustained.